Klutt.

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 20MJ5228 |
|---|---|
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | Title 21 U.S.C. §§ 952 and 960 |
| Paola GARCIA-Martinez | Importation of a Controlled Substance (Felony) |
| Defendant. | |

The undersigned complainant being duly sworn states:

### COUNT 1

On or about December 2, 2020, within the Southern District of California, defendant, Paola GARCIA-Martinez, did knowingly and intentionally import 500 grams and more, to wit: approximately 20.12 kilograms (44.35 pounds), of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

### COUNT 2

On or about December 2, 2020, within the Southern District of California, defendant, Paola GARCIA-Martinez, did knowingly and intentionally import 400 grams and more, to wit: approximately 2.20 kilograms (4.85 pounds), of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethly)-4-piperidinyl] propanamide (Fentanyl), a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Special Agent Marina Griffin
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 3rd of December 2020.

_____William V. Gallo_____
WILLIAM V. GALLO
U.S. MAGISTRATE JUDGE

## STATEMENT OF FACTS

On December 2, 2020, at approximately 5:35 PM, Paola GARCIA-Martinez, ("GARCIA"), a permanent resident, applied for entry into the United States from Mexico through the San Ysidro Port of Entry in vehicle lane #23. GARCIA was the driver of a 2017 Ford Fusion ("the vehicle") bearing California license plates and was accompanied by her two minor children.

A Canine Enforcement Team was conducting pre-primary operations when the Human and Narcotic Detection Dog alerted to the vehicle.

A Customs and Border Protection Officer received two negative Customs declarations from GARCIA. GARCIA stated she was crossing the border to go to return home to Montebello, California.

A CBPO operating the Z-Portal X-Ray machine detected anomalies in the rear quarter panels of the vehicle.

Further inspection of the vehicle resulted in the discovery of 41 total packages concealed in the rear quarter panel of the vehicle. 39 of the packages contained a substance, a sample of which field tested positive for the characteristics of methamphetamine, with a total approximate weight of 20.12 kgs (44.35 lbs); 2 of the packages contained a substance, a sample of which field tested positive for the characteristics of fentanyl, with a total approximate weight of 2.20 kgs (4.85 lbs).

1

GARCIA was placed under arrest at approximately 9:30 PM.

During a post-Miranda interview, GARCIA admitted that she was going to be paid $9,000 USD to smuggle the narcotics into the United States. GARCIA claimed to be driving the narcotics to San Diego, California.

GARCIA was arrested and charged with a violation of Title 21, United States Code, 952 and 960, importation of a controlled substance.