# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER 20-mj-05228-WVG |
|---|---|
| vs | **ABSTRACT OF ORDER** |
| Paola Garcia-Martinez | Booking No. 20114509 |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of  12/18/2020  the Court entered the following order:

- [X] Defendant be released from custody.
- [ ] Defendant placed on supervised / unsupervised probation / supervised release.
- [ ] Defendant continued on supervised / unsupervised probation / supervised release.
- [X] Defendant released on  $25,000 P/S  Bond posted.
- [ ] Defendant appeared in Court. FINGERPRINT & RELEASE.
- [ ] Defendant remanded and (____ bond ) (____ bond on appeal ) exonerated.
- [ ] Defendant sentenced to TIME SERVED, supervised release for ____ years.
- [ ] Bench Warrant Recalled.
- [ ] Defendant forfeited collateral.
- [ ] Case dismissed.
- [ ] Case dismissed, charges pending in case no.
- [ ] Defendant to be release to Pretrial Services for electronic monitoring.
- [ ] Other.

WILLIAM V. GALLO
UNITED STATES DISTRICT/MAGISTRATE JUDGE
OR
JOHN MORRILL, Clerk of Court
by  Matt Brown  x. 7141

12/18/20
Electronically Sent to USMS

Crim-9 (Rev. 05/20)
Original