| | |
|---|---|
| **From:** | CAS Releases |
| **To:** | Matt Brown |
| **Subject:** | Read: 20mj5228 Paola Garcia-Martinez 20114509 |
| **Date:** | Friday, December 18, 2020 2:39:42 PM |

Your message
  To: CAS Releases
  Subject: 20mj5228 Paola Garcia-Martinez 20114509
  Sent: Friday, December 18, 2020 2:10:42 PM (UTC-08:00) Pacific Time (US & Canada)
was read on Friday, December 18, 2020 2:39:21 PM (UTC-08:00) Pacific Time (US & Canada).