**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>PAOLA GARCIA-MARTINEZ,<br><br>　　　　　　　　　Defendant. | Case No.: _____<br><br>I N F O R M A T I O N<br><br>Title 21, U.S.C., Secs. 952 and 960 – Importation of Methamphetamine and N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl) (Felony) |

The United States Attorney charges:

<u>Count 1</u>

On or about December 2, 2020, within the Southern District of California, defendant PAOLA GARCIA-MARTINEZ, did knowingly and intentionally import 500 grams and more, to wit: approximately 20.12 kilograms (44.35 pounds) of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

<u>Count 2</u>

On or about December 2, 2020, within the Southern District of California, defendant PAOLA GARCIA-MARTINEZ, did knowingly and intentionally import 400 grams and more, to wit: approximately 2.20 kilograms (4.85 pounds) of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl]

APW:sc:12/30/2020

propanamide (fentanyl), a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED:  12/20/2020  .

                                        ROBERT S. BREWER, JR.
                                        United States Attorney

                                        ALICIA P. WILLIAMS
                                        Assistant U.S. Attorney