BENJAMIN KINGTON
State Bar No. 264008
BOYCE & SCHAEFER
934 23rd Street
San Diego, CA  92102
619/232-3320
email: bk@boyce-schaefer.com

Attorney for Defendant
PAOLA GARCIA-MARTINEZ

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### (Honorable William V. Gallo)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>v.<br><br>PAOLA GARCIA-MARTINEZ,<br><br>               Defendant. | Case No. 20mj5228-WVG<br><br>**ACKNOWLEDGMENT OF NEW COURT DATE** |

I, Paola Garcia-Martinez, hereby acknowledge that the Arraignment/Preliminary Hearing previously scheduled for February 23, 2021, at 8:30 a.m., has been moved to February 24, 2021, at 2:00 p.m., before the Honorable William V. Gallo.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 16, 2021, at Montebello, California.

_____
Paola Garcia-Martinez

1